(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

John S. Shipley and
Rochelle D Shipley
(Name of Plaintiff or Plaintiffs)

v.   CIVIL ACTION NO. 08   341

New Castle County Subdivision
of the State of Delaware
Hershal Purohit, Donna Thompson
(Name of Defendant or Defendants)

## COMPLAINT

1. This action is brought pursuant to 28 U.S.C.S § 1331, 28 U.S.C.S 1343 U.S.C.S.§2201
   (Federal statute on which action is based)
   for discrimination related to ___race___ jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)
   42 U.S.C.S.§ 1981, 1982, 1983 1985(3) and 1986
   (Federal statute on which jurisdiction is based)
   Article 4 of the Fourteenth Amendment
   And 13th Amendment.

2. Plaintiff resides at 609 Wilde 1 AVE
   (Street Address)
   New Castle County 19720
   (City)   (County)   (State)   (Zip Code)
   (302) 656-5050
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at 87 Reads Way
   (Street Address)

   (City)   (County)   (State)   (Zip Code)

4. The alleged discriminatory acts occurred on  6 , 21 , 07 .
   (Day) (Month) (Year)

5. The alleged discriminatory practice ☑ is  ☐ is not continuing.

6. Plaintiff(s) filed charges with the _____
                                              (Agency)

_____
   (Street Address)    (City)    (County)    (State)  (Zip)
regarding defendant(s) alleged discriminatory conduct on: _____
                                                                (Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?   Yes ☐   No ☐

   If yes, to whom was the appeal taken?_____

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

The Superior Bcourt Denied the Shipley's Plaintiff a trial or hearing on the merits concerning their property. the Shipley's have not been denied due process rights under the united states Constution The County has filed false statements claiming Shipley's taxes are not paid which is false

10.           Defendant's conduct is discriminatory with respect to the following:
   A.   ☒   Plaintiff's race
   B.   ☐   Plaintiff's color
   C.   ☐   Plaintiff's sex
   D.   ☐   Plaintiff's religion
   E.   ☐   Plaintiff's national origin

11. Plaintiff prays for the following relief: (Indicate the exact relief requested)
The Federal Court stay the Sheriff Sale and Give the Shipley's a oppurnity to be heard and in the District Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/9/08

_____
(Signature of Plaintiff)

07T-10-002
mon 234

M O N I T I O N

TAKE WARNING

To all persons having or claiming to have any title, interest or lien upon the within described premises, take warning that unless the judgment for the taxes or assessment stated herein is paid within twenty days after the date hereof, or within such period of twenty days evidence of the payment of the taxes herein claimed shall be filed in the Office of the Prothonotary for New Castle County, Delaware, which evidence shall be in the form of a receipted tax bill or duplicate thereof, bearing a date prior to the filing of the lien in the Office of the Prothonotary for New Castle County, New Castle County may proceed to sell the property herein mentioned or described for the judgment for the taxes or assessments herein stated.

| Name of Person in Whose Name Property is Assessed | Year or Years | Amount of Judgment for County Taxes |
|---|---|---|
| John S. and Rochelle D. Shipley | 2006 – 2007 | $3,998.40 + Costs |

Description of Property
As it Appears Upon Assessment Rolls
of New Castle County

609 Wildel Avenue
.33 Acres
Parcel No.:10-010.30-052

ISSUED this 9th day of Oct, A.D. 2007

_____Sharon A._____
Prothonotary, New Castle County
PER _____
DEPUTY

POSTED this 15th day of Oct, A.D. 2007

FILED
PROTHONOTARY
07 OCT 23 AM 11:48

2007 OCT 12 AM 9:34
IN SHERIFF'S HANDS
NEW CASTLE COUNTY

Sheriff, New Castle County

So Ans:
Sheriff  Michael P. Walsh

Exhibit A
Page 5

08  341

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
John S. Shipley and Rochelle D. Shipley

(b) County of Residence of First Listed Plaintiff _N.C_
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
John S. Shipley
609 Wilde V Ave Newcastle 19720
(302) 656-5050

## DEFENDANTS
Newcastle Code Enforcement
Hershal Purohit, Donna Thomas

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☒ 443 Housing/ Accommodations / Habeas Corpus: |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | IMMIGRATION |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  |  / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1331
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 6/9/08   SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____08    341_____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF \_\_\_\_\_3\_\_\_\_\_ COPIES OF AO FORM 85.

\_\_\_\_6/9/08_____    _____[signature]_____
(Date forms issued)              (Signature of Party or their Representative)

_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

```
NEW  CASTLE  COUNTY
2/13/2008  11:28AM  Rec: 0005 00028763
Loc:WIND  WS:003 CR:020   PD:2/13/2008
Account Number:1001030052        WI
SHIPLEY JOHN S & ROCHELLE,
    609 WILDEL                   AV
Paid by:
Property Tax Pmnt        $713.87
```

```
NEW  CASTLE  COUNTY
2/13/2008  11:28AM  Rec: 0005 00028764
Loc:WIND  WS:003 CR:020   PD:2/13/2008
Account Number:1001030052        WI
SHIPLEY JOHN S & ROCHELLE,
    609 WILDEL                   AV
Paid by:
Sewer Payment            $50.00
CA Paid                 $765.00
CHANGE                    $1.13
```

Exempt Codes
NONE

PAST DUE

Bills are due and payable upon receipt. Statutory penalties will be applied if payment is not received by 10/31/2007 without regard to postmark.

Current amounts becoming past due will be assessed an immediate penalty of 6%. ALL accounts will be charged an additional 1% penalty on the first of every month thereafter

Unpaid taxes constitute a lien against your property. Failure to make timely payment may subject your property to foreclosure

PLEASE NOTE ANY CHANGE OF
MAILING ADDRESS ON THE REVERSE SIDE

# TAXES

## SUPPLEMENTAL TAX BILLING

### COUNTY AND OTHER TAXES

For inquiries concerning your County tax bill, please call (302) 323-2600

| Tax | Taxable Assessment | X | Rate/$100 Assessment | X | % | = | Current Amount |
|---|---|---|---|---|---|---|---|
| Total Current Tax | | | | | | | 0.00 |
| Prior Balance | | | | | | | 180.79 |
| Penalty | | | | | | | 10.85 |
| **TOTAL COUNTY AND OTHER TAXES DUE** | | | | | | | **191.64** |

### LOCAL SCHOOL DISTRICT TAXES STATE OF DELAWARE

s are set by your school district and are collected by New Castle County as required by State
ies concerning your school tax rates, please call -
ational:

| District | Taxable Assessment | X | Rate/$100 Assessment | X | % | = | Current Amount |
|---|---|---|---|---|---|---|---|
| Total Current Tax | | | | | | | 0.00 |
| Prior Balance | | | | | | | 468.18 |
| Penalty | | | | | | | 28.09 |
| **TOTAL SCHOOL DISTRICT TAXES DUE** | | | | | | | **496.27** |

(713.87)

| **TOTAL SCHOOL AND COUNTY TAXES DUE** | **687.91** |

Percentage of Current Taxes
Percent

0    0
County  School

THIS PORTION IS FOR YOUR RECORDS



```
NEW  CASTLE  COUNTY        NEW  CASTLE  COUNTY        NEW  CASTLE  COUNTY        NEW  CASTLE  COUNTY
7/20/2007 10:29AM  Rec:0009 00021626   7/20/2007 10:29AM  Rec:0009 00021625   7/20/2007 10:29AM  Rec:0009 00021624
Loc:WIND  WS:003 CR:768    Loc:WIND  WS:003 CR:768    Loc:WIND  WS:003 CR:768    Loc:WIND  WS:003 CR:768
Account Number: 1001030052  Account Number: 1001030052  Account Number: 1001030052  Account Number: 1001030052
                  PD:7/20/2007           PD:7/20/2007           PD:7/20/2007           PD:7/20/2007
SHIPLEY JOHN S & ROCHELLE,  SHIPLEY JOHN S & ROCHELLE,  SHIPLEY JOHN S & ROCHELLE,  SHIPLEY JOHN S & ROCHELLE,
    609 WILDEL                 609 WILDEL                 609 WILDEL                 609 WILDEL
                    AV                         AV                         AV                         AV
Paid by:                   Paid by:                   Paid by:                   Paid by:
Sewer Payment              CA Paid                    School Tax Payment         Property Tax Pmnt
CK Paid                    
CA Paid
CHANGE
    $115.25                                            $1,825.83                  $307.64
    $500.00
    $500.00
     $30.00
      $2.00
```

Exhibit B
Page 7