# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT DOCKET NUMBER: N008-341 JJF

John S. Shipley

v.

New castle County

DISTRICT COURT JUDGE: JJF

Notice is hereby given that **John S. Shipley and Rochelle Shipley** (Named Party) appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [✓] Order, [ ] Other (specify) **To stay Sheriff Sale thats based on unconstutional practices**

entered in this action on **6/10/08** (date).

DATED: **6/10/08**

_____
(Counsel for Appellant-Signature)

**Rochelle D. Shipley**
(Name of Counsel - Typed)

**609 wildel Ave**
(Address)

**New castle, Delaware**

**(302) 656-5050**
(Telephone Number)

_____
(Counsel for Appellee)

_____
(Address)

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

Case 1:08-cv-00341-JJF    Document 4    Filed 06/10/2008    Page 2 of 2