```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE

JOHN S. SHIPLEY and ROCHELLE  :
D. SHIPLEY,                   :
                              :
     Plaintiffs,              :
                              :
         v.                   :    Civil Action No. 08-341-JJF
                              :
NEW CASTLE COUNTY, HERSHAL    :
PUROHIT, and DONNA THOMPSON,  :
                              :
     Defendants.              :
```

### ORDER

NOW THEREFORE, IT IS HEREBY ORDERED that:

Plaintiff Rochelle D. Shipley ("Rochelle Shipley") filed a Notice of Appeal on June 10, 2008, on behalf of herself and Plaintiff John S. Shipley ("John Shipley"). (D.I. 4.) On the same date Rochelle Shipley filed an Application To Proceed On Appeal Without Prepayment Of Fees under 28 U.S.C. § 1915. The Court has reviewed her Application and it is incomplete.

Rochelle Shipley shall, **within twenty-one days** from the date of this Order, **either**: (1) fully complete question three (3) and describe each source of money and state the amount received and what she expects she will continue to receive, **or** (2) pay in full the appellate court filing fee.

**Failure to timely comply with this Order shall result in denial of the Application To Proceed On Appeal Without Prepayment Of Fees.**

June 20, 2008
DATE

[signature]
UNITED STATES DISTRICT JUDGE